# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| | **CASE NO. 2: 25-PO-015** |
| v. | |
| | **MAGISTRATE JUDGE JOLSON** |
| **DARRELL LOWRY,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is **DISMISSED**.

                                                                 s/ Kimberly A. Jolson
                                                                  **KIMBERLY A. JOLSON**
                                                                  **United States Magistrate Judge**

2/21/2025